AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| IN RE HURRICANE SANDY CASES <br> MARINE PARK SEASIDE LINKS, LLC <br> *Plaintiff(s)* <br> v. <br> HDI-GERLING AMERICA INSURANCE COMPANY, ENGLE, MARTIN & ASSOCIATES, INC. and NORTH AMERICAN RISKS SERVICES, INC. <br> *Defendant(s)* | 14 MC 41 <br><br> Civil Action No. 14cv6327 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* HDI-GERLING AMERICA INSURANCE COMPANY
161 North Clark Street, 48th Floor, Chicago, IL 60601
ENGLE, MARTIN & ASSOCIATES
220 West Exchange Street, Sutie 106, Providence, Rhode Island 02903
NORTH AMERICAN RISKS SERVICES, INC.
P.O. Box 166002, Altamonte Springs, Florida, 32716-6002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____        _____
                                    *Signature of Clerk or Deputy Clerk*